UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEVEN M. TOLSON,<br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER,<br>SOCIAL SECURITY ADMINISTRATION,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 08-198 ML |

**ORDER**
**REQUIRING PLAINTIFF**
**TO PAY REDUCED FILING FEE**

Before the Court is Plaintiff's Motion to Proceed in Forma Pauperis (Document #2) ("Motion"). After reviewing the accompanying affidavit, the Court finds that Plaintiff has the ability to pay a reduced filing fee of $50.00.

Accordingly, Plaintiff's Motion is GRANTED to the extent that he may pay a reduced filing fee of $50.00. **Payment shall be made in full within thirty (30) days of the date of this Order.** To the extent that Plaintiff seeks to pay no filing fee (or a filing fee of less than $50.00), the Motion is DENIED.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
May 29, 2008